Eastern District of Kentucky
FILED

MAY 2 8 2026

AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF KENTUCKY
### SOUTHERN DIVISION
### LONDON

**UNITED STATES OF AMERICA**

**V.**                                    INDICTMENT NO. 6:26-cr-078-KKC

**GRETCHEN L. BEVINS,**
**aka GRETCHEN WOODRUFF**

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

### COUNT 1
### 21 U.S.C. § 841(a)(1)

On or about December 22, 2025, in Pike County, in the Eastern District of Kentucky,

**GRETCHEN L. BEVINS,**
**aka GRETCHEN WOODRUFF,**

did knowingly and intentionally distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

### COUNT 2
### 21 U.S.C. § 841(a)(1)

On or about April 1, 2026, in Pike County, in the Eastern District of Kentucky,

**GRETCHEN L. BEVINS,**
**aka GRETCHEN WOODRUFF,**

did knowingly and intentionally possess with the intent to distribute controlled substances, including 50 grams or more of a mixture or substance containing a detectable

amount of methamphetamine and 40 grams or more of a mixture or substance containing a detectable amount of fentanyl, each a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

Before **GRETCHEN BEVINS, aka GRETCHEN WOODRUFF,** committed the offense charged in this count, she had a final conviction for a serious drug felony, namely, a conviction under 21 U.S.C. § 846, conspiracy to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, for which she served more than 12 months of imprisonment and for which she was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

**A TRUE BILL**

███████████████████████

JASON D. PARMAN
**FIRST ASSISTANT UNITED STATES ATTORNEY**

ANDREW H. TRIMBLE
**ASSISTANT UNITED STATES ATTORNEY**

## PENALTIES

### COUNT 1:

Not more than 20 years imprisonment, not more than a $1,000,000 fine, and at least 3 years supervised release.

**If Prior Felony Drug Offense:** Not more than 30 years imprisonment, not more than a $2,000,000 fine, and at least 6 years supervised release.

### COUNT 2:

Not less than 5 years and not more than 40 years of imprisonment, not more than a $5,000,000 fine, and at least 4 years supervised release.

**If Prior Serious Drug Felony Conviction:** Not less than 10 years nor more than life imprisonment, not more than a $8,000,000 fine, and at least 8 years supervised release.

**PLUS:**       Mandatory special assessment of $100 per count.