Eastern District of Kentucky
FILED

MAY 2 8 2026

AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## SOUTHERN DIVISION
## LONDON

CRIMINAL ACTION NO. 6:26-cr-078-KKC

UNITED STATES OF AMERICA                    **PLAINTIFF**

V.                    **NOTICE BY UNITED STATES
REGARDING RELATED PROSECUTIONS**

**GRETCHEN L. BEVINS,
aka GRETCHEN WOODRUFF**                    **DEFENDANT**

\*   \*   \*   \*   \*

This criminal action is related to the case of *United States v. Gretchen Woodruff*,

7:18-CR-10-KKC, which is assigned to Judge Caldwell.

Respectfully submitted,

JASON D. PARMAN
FIRST ASSISTANT UNITED STATES ATTORNEY

By:   _____
Andrew H. Trimble
Assistant United States Attorney
601 Meyers Baker Road Suite 200
London, KY 40741
(606) 330-4838
Andrew.Trimble@usdoj.gov